UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAY WATTS                                JURY TRIAL DEMANDED

v.                                       CASE NO.  3:12 cv

HALSTED FINANCIAL SERVICES, LLC
PRAN NAVANANDAN

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA.

5. The defendants collect consumer debts through the use of the telephone or mail.

6. Defendant Navanandan is the President of the corporate defendant and is responsible for supervision and control of collectors and adopting the form letters and tactics of the corporate defendant.

7. Defendants have an office at 8001 N Lincoln Ave Ste LL2, Skokie, IL 60077-3696 which was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating in connection with efforts to collect plaintiff's personal disputed account allegedly owed to HSBC.

8. Defendants' letters made false, deceptive, or misleading assertions, including that the account had been placed with its legal department, that it would investigate plaintiff's

personal assets, that it would prepare an affidavit "to expedite authorization of your account to an attorney of our choice."

    9. Unlicensed collection activity violates the FDCPA. <u>Goins v. JBC & Associates, P.C.</u>, 352 F.Supp.2d 262 (D. Conn. 2005).

    10. In the collection efforts, the defendants violated the FDCPA, § 1692e, -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against each defendant under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

                    THE PLAINTIFF

*Joanne S. Faulkner*

                    BY____/s/ Joanne S. Faulkner___
                    JOANNE S. FAULKNER ct04137
                    123 Avon Street
                    New Haven, CT 06511-2422
                    (203) 772-0395
                    faulknerlawoffice@snet.net