UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAY WATTS, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:12-CV-1228 |
| v. | : | |
| | : | |
| HALSTED FINANCIAL SERVICES, | : | JANUARY 31, 2013 |
| LLC, and PRAN NAVANANDAN, | : | |
|     Defendants. | : | |

**RULING RE: PRAN NAVANANDAN'S MOTION FOR RECONSIDERATION (Doc. No. 15)**

Defendant Pran Navanandan filed a Motion for Reconsideration of Default Judgment (Doc. No. 15). The Motion is **granted**.

Mr. Navanandan is ordered to file his appearance (through counsel or pro se) by February 14, 2013. Mr. Navanandan is further ordered to respond to the Complaint (Doc. No. 1) by February 28, 2013.

The parties will have until May 31, 2013 to conduct discovery. Dispositive Motions are due June 30, 2013.

The clerk is ordered to serve a copy of this Ruling on Mr. Navanandan at the address listed in his Motion for Reconsideration.

**SO ORDERED.**

Dated at New Haven, Connecticut this 31st day of January, 2013.

                                                                        /s/ Janet C. Hall
                                                                       Janet C. Hall
                                                                       United States District Judge