UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAY WATTS                          JURY TRIAL DEMANDED

v.                                    CASE NO. 3:12 cv 1228 (JCH)

HALSTED FINANCIAL SERVICES, LLC
PRAN NAVANANDAN

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action as to defendant Navanandan without costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on May 18, 2013, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net